**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**SYLVESTER O. BARBEE**
**ADC #131311**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 5:18-cv-00113 KGB-JTK**

**JASON BOYD,** *et al.*                                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). Plaintiff Sylvester O. Barbee filed untimely objections, but the Court will consider them (Dkt. No. 18). After careful consideration of the Proposed Findings and Recommendations, Mr. Barbee's objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings over Mr. Barbee's objections (Dkt. No. 18). Accordingly, the Court dismisses with prejudice Mr. Barbee's claims against defendants Cheryl Ellis and Aundrea Weekly. Mr. Barbee may proceed with his remaining claims.

It is so ordered this 5th day of September, 2019.

_____
Kristine G. Baker
United States District Judge