IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SYLVESTER O. BARBEE,**                                                     **PLAINTIFF**
**ADC #131311**

**v.**                      Case No. 5:18-cv-00113-KGB-JTK

**JASON BOYD,** *et al.*                                                  **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on this date and pursuant to this Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Sylvester O. Barbee's complaint is dismissed. The relief requested is denied.

It is so adjudged this 30th day of December, 2019.

_____
Kristine G. Baker
United States District Judge